

No. 83–6726. PALMER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–6729. BROWNING v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 83–6730. HINES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 83–6731. JOURDAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 83–6734. ANTONELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 83–1309. DOE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari. 

No. 83–1468. DURANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari. 

No. 83–6589. ROBISON v. OKLAHOMA. Ct. Crim. App. Okla.; and

No. 83–6736. SIMS v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 83–6589, 677 P. 2d 1080; No. 83–6736, 444 So. 2d 922.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–998. FOLEY CONSTRUCTION CO. v. U. S. ARMY CORPS OF ENGINEERS ET AL., 466 U. S. 936;

No. 83–1465. FARMER v. BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE, 466 U. S. 946;

No. 83–5995. WILLIAMS v. TEXAS, 466 U. S. 954;

No. 83–6297. UNDERWOOD v. OHIO, 466 U. S. 934;

No. 83–6397. HYMAN v. SOUTH CAROLINA, 466 U. S. 963; and

No. 83–6416. BROADWAY v. UNITED STATES, 466 U. S. 943. Petitions for rehearing denied.